AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
### Northern District of California

**FILED**
NOV 18 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| United States of America<br>v.<br>John Joseph O'Shea<br>*Defendant* | Case No. 4-09-70976-MAG<br>Charging District: Southern District of Texas, Houston Division<br>Charging District's Case No. H-09-629 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | U.S. District Court, Southern District of Texas<br>515 Rusk Avenue<br>Houston, TX 77002 | Courtroom No.: | MAG. JUDGE FRANCES H. STACY #704, 7th Floor |
|---|---|---|---|
| | | Date and Time: | Weds., Dec. 2, 2009 at 2:00 p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 11/18/2009

*Judge's signature*

JOHN JELDERKS, United States Magistrate Judge
*Printed name and title*

cc: Stats, Copy to parties via ECF, & certified copies to US Marshal, Financial, Pretrial Svcs., Mag. Judge Frances H. Stacy's chambers